Certificate Number: 05781-MA-DE-022043864

Bankruptcy Case Number: 13-15316



05781-MA-DE-022043864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2013, at 5:25 o'clock PM PDT, HELEN STEPHENS completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   October 14, 2013            By:     /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:  President